JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CORDERO, | ) CASE NO. 2:21-cv-07057-AB-AS |
|        Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
|        vs. | ) **DISMISSING ACTION WITH** |
| | ) **PREJUDICE** |
| | ) [FRCP, Rule 41(a)] |
| AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation, and DOES 1 through 20, inclusive, | ) |
| | ) Complaint Filed: July 26, 2021 |
|        Defendants. | ) Trial Date:      November 29, 2022 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1.     This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2.     Each party shall bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 21, 2022        By: _____

                                  Hon. Hon. André Birotte Jr.
                                  United States District Judge